COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________
                              NUMBER 13-05-215-CV

IN RE REYNALDO F. MORALES, ET AL.
__________________________________________________________________

NUMBER 13-05-216-CV

IN RE VICTOR A. ALVARADO, ET AL.
__________________________________________________________________

NUMBER 13-05-217-CV

IN RE JUAN L. AGUILAR, ET AL.
__________________________________________________________________

NUMBER 13-05-218-CV

IN RE CARLOS A. COLUNGA, ET AL.
__________________________________________________________________

NUMBER 13-05-219-CV

IN RE JESUS A. BAZAN, ET AL.
__________________________________________________________________

NUMBER 13-05-220-CV

IN RE JUAN C. ABREGO, ET AL.
__________________________________________________________________

NUMBER 13-05-221-CV

IN RE MAXIMINO R. ALEMAN, ET AL.
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Per Curiam Memorandum Opinion




         Relators filed petitions for writ of mandamus in the above causes on April 4,
2005. Real parties in interest filed a response at our request. 
         The Court, having examined and fully considered the petitions for writ of
mandamus, and the response, is of the opinion that relators have not shown
themselves entitled to the relief sought and the petition for writ of mandamus should
be denied. See Tex. R. App. P. 52.8(a). The petitions for writ of mandamus are
DENIED. 
                                                                        PER CURIAM 

Memorandum Opinion delivered 
and filed this 16th day of May, 2005.